IVERSON v. JONES.

CHALFANT v. SAME.

Nos. 8789, 8790; January 26, 1885.

5 Pac. 626.

**Appeal.—An Undertaking on Appeal Filed More Than a Month
Before the Notice** of appeal is filed is no undertaking at all, and an
appeal based thereon must be dismissed.[1]

APPEALS from the Superior Court of Mendocino County.

J. T. Rogers for appellant; T. J. Carothers for respondent.

By the COURT.—The court is of opinion that the appeals
in these cases must be dismissed.   The undertakings on appeal
were filed more than a month before the notices of appeal were
filed.   This, in our view, is not the undertaking required by
law.   It is not the case of insufficiency in the undertaking,
but it is no undertaking at all.   The motions to dismiss must
be granted; and it is so ordered.